826

Nos. 257, 258 and 259. Minnesota Mining & Manufacturing Co. v. Coe, Commissioner of Patents. January 12, 1942. Petition for rehearing denied. Mr. Justice Jackson took no part in the consideration and decision of this application.

Nos. 659 and 660. Moloney Electric Co. v. Helvering, Commissioner of Internal Revenue. January 12, 1942.

Nos. 4 and 5. Lisenba v. California. February 2, 1942. 314 U. S. 219.

No. 143. Board of Trade of Kansas City et al. v. United States et al. February 2, 1942. 314 U. S. 534.

No. 618. Fretwell v. Peoples Service Drug Stores, Inc. February 2, 1942. 314 U. S. 670.

No. 54. United States v. Ragen;
No. 55. United States v. Arnold W. Kruse; and
No. 56. United States v. Lester A. Kruse. February 2, 1942. Mr. Justice Roberts, Mr. Justice Murphy and Mr. Justice Jackson took no part in the consideration and decision of these applications. 314 U. S. 513.

No. 49. Morton Salt Co. v. G. S. Suppiger Co.;
No. 763. Fitzgerald, Trustee, v. Gulf Refining Co. of Louisiana;
No. 764. Fitzgerald, Trustee, v. Gulf Refining Co.;
No. 765. Fitzgerald, Trustee, v. Humble Oil & Refining Co.;